**Slip Op. 03-158**

# UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: SENIOR JUDGE NICHOLAS TSOUCALAS

_____
                                        :
NSK LTD. and NSK CORPORATION;           :
NTN CORPORATION,                        :
NTN BEARING CORPORATION OF AMERICA,     :
AMERICAN NTN BEARING                    :
MANUFACTURING CORPORATION,              :
NTN DRIVESHAFT, INC. and                :
NTN-BOWER CORPORATION; and              :
TIMKEN U.S. CORPORATION,                :
                                        :
        Plaintiffs and                  :    Consol. Court No.
        Defendant-Intervenors,          :    98-07-02527
                                        :
        v.                              :
                                        :
UNITED STATES,                          :
                                        :
        Defendant,                      :
                                        :
KOYO SEIKO CO., LTD. and                :
KOYO CORPORATION OF U.S.A.; and         :
NACHI-FUJIKOSHI CORP.,                  :
NACHI AMERICA, INC. and                 :
NACHI TECHNOLOGY, INC.,                 :
                                        :
        Defendant-Intervenors.          :
_____ :


## JUDGMENT

This Court, having received and reviewed the United States Department of Commerce, International Trade Administration's ("Commerce") Final Results of Redetermination Pursuant to Court Remand ("Remand Results"), NSK LTD. v. United States, 27 CIT ___ , 277 F. Supp. 2d 1332 (2003), comments of NTN Corporation, NTN Bearing Corporation of America, American NTN Bearing Manufacturing Corporation, NTN Driveshaft, Inc. and NTN-Bower Corporation and Commerce's response, holds that Commerce duly complied with the Court's remand order, and it is hereby

**ORDERED** that the Remand Results filed by Commerce on September 25, 2003, are affirmed in their entirety; and it is further

  **ORDERED** that since all other issues have been decided, this case is dismissed.

               _____
                  NICHOLAS TSOUCALAS
                    SENIOR JUDGE

Dated:  December 9, 2003
     New York, New York